# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 8, 2023

Lyle W. Cayce
Clerk

_____

No. 22-40037

_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

IVAN CESAR ORTEGA

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:18-CR-309-1

_____

Before JONES, CLEMENT, and HAYNES, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Ivan Cesar Ortega has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ortega filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Ortega's response. We concur with counsel's assessment that the appeal presents no nonfrivolous

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-40037

issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.